```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF BAY AREA ROOFERS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PERFORMANCE CAULKING & WATERPROOFING ) <br> INC., a California corporation ) <br> ) <br> Defendant. ) | NO.  C 09 5879 MHP <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for March 22, 2010 be continued to June 21, 2010 at 4:00 p.m. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 3/18/2010

_____
Honorable Judge Marilyn H. Patel

*[SEAL: IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California]*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE